DOUGLAS A. WICKHAM, Bar No. 127268
MATTHEW J. SHARBAUGH, Bar No. 260830
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East, 5th Floor
Los Angeles, CA 90067.3107
Telephone: 310.553.0308
Facsimile: 310.553.5583
E-mail: dwickham@littler.com,
msharbaugh@littler.com

Attorneys for Defendants
DENNIS GARBERG AND ASSOCIATES, INC.
and RALPHS GROCERY COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANI BRIGHT, SAMANTHA KEYBURN, CHRISTI POOLE, JAMUNA CARROLL, DONNA BURKS and CHRISTINA TUCKER, <br><br> Plaintiffs, <br><br> v. <br><br> DENNIS GARBERG AND ASSOCIATES, INC., dba THE SUNFLOWER GROUP, a Kansas Corporation, RALPHS GROCERY COMPANY, an Ohio corporation, WAREHOUSE DEMO SERVICES, INC., a Washington corporation, U.S. MARKETING & PROMOTIONS AGENCY, INC., <br><br> Defendants. | Case No. CV10-07933 AHM (JCx) <br><br> ASSIGNED FOR ALL PURPOSES TO JUDGE A. HOWARD MATZ <br><br> **[PUTATIVE CLASS ACTION]** <br><br> **JUDGMENT** |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANI BRIGHT, SAMANTHA KEYBURN, CHRISTI POOLE, JAMUNA CARROLL, DONNA BURKS and CHRISTINA TUCKER, | Case No. CV10-07933 AHM (JCx) |
| | ASSIGNED FOR ALL PURPOSES TO JUDGE A. HOWARD MATZ |
| Plaintiffs, | **[PUTATIVE CLASS ACTION]** |
| v. | **JUDGMENT** |
| DENNIS GARBERG AND ASSOCIATES, INC., dba THE SUNFLOWER GROUP, a Kansas Corporation, RALPHS GROCERY COMPANY, an Ohio corporation, WAREHOUSE DEMO SERVICES, INC., a Washington corporation, U.S. MARKETING & PROMOTIONS AGENCY, INC., | |
| Defendants. | |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

2.

On May 2, 2011, Defendant Ralphs Grocery Company's ("Ralphs") Motion for Summary Judgment came on for hearing before the Court, the Honorable A. Howard Matz, judge presiding. On May 13, 2011, having considered the evidence proffered in support of and in opposition to Ralphs' motion, having read and considered the supporting and opposing points and authorities and having heard and considered the arguments of counsel, and good cause appearing therefore, the Court issued an Order granting Ralphs' Motion for Summary Judgment in its entirety.

**THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiffs Samantha Keyburn, Christi Poole and Christina Tucker take nothing against Defendant Ralphs Grocery Company and that the entirety of their claims against Ralphs are hereby dismissed with prejudice on the merits. Ralphs shall recover its costs against Plaintiffs.

Dated: May 25, 2011

_____
A. HOWARD MATZ
U.S. DISTRICT COURT JUDGE

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308