O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV10-07933-AHM (JCx)*<br>CV10-09574-AHM (JCx) | Date | February 21, 2012 |
|---|---|---|---|
| Title | TIFFANI BRIGHT, et al. v. DENNIS GARBERG AND ASSOCIATES, INC., et al. consolidated with KIM LAMIE v. DENNIS GARBERG AND ASSOCIATES, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

    Robert W. Mills
    Joshua D. Boxer

Attorneys Present for Defendants:

    Douglas M. Bria
    Theresa Mak

**Proceedings:**  (1) MOTION for Attorney Fees , Costs and Enhancement Awards Pursuant to Class Action Settlement with Defendant **USMP** filed by Plaintiffs [325 & 397];
(2) MOTION for Attorney Fees , Costs and Enhancement Awards Pursuant to Class Action Settlement with Defendant **WDS** filed by Plaintiffs [326 & 396];
(3) JOINT APPLICATION for Settlement Approval filed by Plaintiffs Tiffani Bright, Samantha Keyburn, Christi Poole, Christina Tucker, Warehouse Demo Services, Inc.[399]
(4) JOINT APPLICATION for Settlement Approval filed by Plaintiffs Tiffani Bright, Samantha Keyburn, Christi Poole, Christina Tucker, U.S. Marketing & Promotions Agency, Inc. [400]
(non-evidentiary)

      For reasons and findings stated on the record, the Court grants both the settlement approval motions and the motions for attorneys fees.  Orders to issue.

|  | : | 04 |
|---|---|---|
| Initials of Preparer | | SMO |