**THE MILLS LAW FIRM**
Robert W. Mills, Esq. (Bar No. 062154)
Joshua D. Boxer, Esq. (Bar No. 226712)
Corey B. Bennett, Esq. (Bar No. 267816)
880 Las Gallinas Avenue, Suite 2
San Rafael, CA 94903
Telephone: 415-455-1326
Facsimile: 415-455-1327
Robert@millslawfirm.com
Josh@millslawfirm.com
Corey@millslawfirm.com

**LAW OFFICES OF PIETER BOGAARDS**
Pieter Bogaards (SBN 107803)
103 E. Blithedale Avenue, Suite 10
Mill Valley, California 94901
Telephone: (415) 381-5002
Facsimile: (415) 381-5009
Pieter@bogaards.com
*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANI BRIGHT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DENNIS GARBERG AND ASSOCIATES, INC., et al., <br><br> Defendants. <br><br> KIM LAMIE, <br><br> Plaintiff, <br><br> v. <br><br> DENNIS GARBERG AND ASSOCIATES, INC., et al, <br><br> Defendants. | Case No. LACV 10-07933 AHM (JCx)* <br> Case No. LACV 10-09574 AHM (JCx) <br> Assigned to Hon. A. Howard Matz <br><br> **CLASS ACTION** <br><br> **ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEY'S FEES, COSTS AND ENHANCEMENT AWARDS PURSUANT TO CLASS ACTION SETTLEMENT WITH DEFENDANT WDS** <br><br> Hearing Date: February 21, 2012 <br> Time: 10:00 <br> Dept.: 14 <br> Hon. A. Howard Matz |

Plaintiffs' Motion for an Award of Attorneys' Fees, Costs and Enhancement

Awards came on calendar for hearing on February 21, 2012. The Court, having

considered the Motion, the Class Action Settlement, and otherwise being fully-

informed, hereby finds as follows:

Plaintiffs' Motion is hereby **Granted.**

1.  Class Counsel are awarded costs and fees in the amount of $22,500.
2.  The Class Representatives, Tiffani Bright, Christina Tucker, Christi Poole and Samantha Keyburn are awarded $1,000 each as enhancement awards.

IT IS SO ORDERED

Dated: February 21, 2012          By:_____

                                     Hon. A. Howard Matz
                                     United States District Court Judge