1 | **THE MILLS LAW FIRM**
Robert W. Mills, Esq. (Bar No. 062154)
Robert@millslawfirm.com
Joshua D. Boxer, Esq. (Bar No. 226712)
Josh@millslawfirm.com
Corey B. Bennett, Esq. (Bar No. 267816)
Corey@millslawfirm.com
880 Las Gallinas Avenue, Suite 2
San Rafael, CA 94903
Tel: 415-455-1326; Fax: 415-455-1327

Attorneys for Plaintiffs

[ADDITIONAL COUNSEL LISTED ON NEXT PAGE]

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TIFFANI BRIGHT, SAMANTHA KEYBURN, CHRISTI POOLE, JAMUNA CARROLL, DONNA BURKS and CHRISTINA TUCKER,

Plaintiffs,

v.

DENNIS GARBERG AND ASSOCIATES, INC., dba THE SUNFLOWER GROUP, a Kansas Corporation, et al.

Defendants.

KIM LAMIE,

Plaintiff,

v.

DENNIS GARBERG AND ASSOCIATES, INC., et al.

Defendants.

Case No. CV10-07933 RGK (JCx)

ASSIGNED FOR ALL PURPOSES TO JUDGE R. GARY KLAUSNER

**[PROPOSED] ORDER GRANTING THE PARTIES' SUPPLEMENTAL STIPULATION TO STAY PROCEEDING ON MOTION FOR DECERTIFICATION PENDING COURT APPROVAL OF SETTLEMENT**

Date: July 15, 2013
Time: 9:00 a.m.
Ctrm: 850

Discovery Cutoff: Aug. 15, 2011
Final Pretrial Conf.: Nov. 18, 2013
Trial Date: Dec. 3, 2013

**[PROPOSED] ORDER GRANTING STIPULATION TO STAY PROCEEDING**

| | |
|---|---|
| 1 | DOUGLAS A. WICKHAM, Bar No. 127268 |
| | dwickham@littler.com |
| 2 | JUDY M. IRIYE, Bar No. 211360 |
| | jiriye@littler.com |
| 3 | LITTLER MENDELSON |
| | A Professional Corporation |
| 4 | 2049 Century Park East, 5th Floor |
| | Los Angeles, CA  90067.3107 |
| 5 | Telephone:  310.553.0308 |
| | Facsimile:   310.553.5583 |
| 6 | |
| 7 | Attorneys for Defendants |
| | DENNIS GARBERG AND ASSOCIATES, INC. |
| | AND SUNFLOWER STAFFING, LLC |

**[PROPOSED] ORDER GRANTING STIPULATION TO STAY PROCEEDING**

1

UPON CONSIDERATION OF THE PARTIES' SUPPLEMENTAL STIPULATION TO STAY PROCEEDING ON MOTION FOR DECERTIFICATION PENDING COURT APPROVAL OF SETTLEMENT AND GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED AS FOLLOWS:

1. That all proceedings in this Court be stayed for an additional ten (10) days from the current dates pending the Parties' finalizing a Joint Stipulation of Settlement and Release and Plaintiffs' preparing and filing a Motion for Preliminary Approval of the Class Settlement;

2. That the hearing and briefing schedule on the Motion for Preliminary Approval be continued by ten (10) days to July 18, 2013; and

3. That the hearing on Defendant's Motion for Decertification be continued from July 22, 2013 to August 5, 2013, with Defendant's Reply brief due on July 22 if the Motion for Preliminary Approval is not filed on July 18th.

**4. THERE WILL BE NO FURTHER CONTINUANCES.**
**IT IS SO ORDERED.**

Dated: July 05, 2013

_____
Honorable R. Gary Klausner
United States District Court Judge

[PROPOSED] ORDER GRANTING STIPULATION TO STAY PROCEEDING

2