1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANI BRIGHT, SAMANTHA KEYBURN, CHRISTI POOLE, JAMUNA CARROLL, DONNA BURKS and CHRISTINA TUCKER,<br><br>        Plaintiffs,<br><br>    v.<br><br>DENNIS GARBERG AND ASSOCIATES, INC., dba THE SUNFLOWER GROUP, a Kansas Corporation, et al.<br><br>        Defendants. | Case No.  CV10-07933 RGK (JCx)<br><br>(CONSOLIDATED WITH CV 10-09574-RGK (JCx))<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE R. GARY KLAUSNER<br><br>[~~PROPOSED~~] JUDGMENT |
| KIM LAMIE,<br><br>        Plaintiff,<br><br>    v.<br><br>DENNIS GARBERG AND ASSOCIATES, INC., et al.<br><br>        Defendants. | |

**JUDGMENT**                                    1.

On February 18, 2014, this Court entered an Order (the "Final Approval Order") granting final approval of the parties' Joint Stipulation of Class Action Settlement and Release ("Settlement Agreement"). Now, therefore, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS**:

1. Upon and as of the Effective Date and, except as set forth in the Settlement Agreement and the Final Approval Order, the Class (as defined in the Settlement Agreement) shall take nothing by the Operative Complaints in this consolidated Action (as such terms are defined in the Settlement Agreement). Notwithstanding the foregoing, and for the reasons set forth in the Final Approval Order, those members of the Class who timely submitted valid Requests for Exclusion are not be bound by the Settlement Agreement or this Judgment.

2. The Court hereby vacates the existing Order, dated September 6, 2012, partially granting class certification against Defendant Sunflower Staffing, LLC, and replacing it with the February 18, 2014 Final Approval Order granting certification of the Class for settlement purposes only and granting final approval of the settlement as fair, reasonable and, adequate.

3. The Final Approval Order and this Judgment shall be binding on all Class Members, including Settlement Class Members, who did not timely submit a valid Request for Exclusion Forms.

4. Upon and as of the Effective Date, the Class Representatives and every Settlement Class Member (who did not timely submit a valid Request for Exclusion form) shall be deemed to have, and by operation of this Judgment shall have, fully, finally, and forever waived, released, relinquished and discharged all Released Claims against the Sunflower Released Persons (as all such terms are defined in the Settlement Agreement).

5. Upon and as of the Effective Date, Settlement Class Members (who did not timely submit a Request for Exclusion) are hereby enjoined from pursuing any Released Claims before the California Department of Labor Standards Enforcement

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

**JUDGMENT**                    2.

1    and/or the U.S. Department of Labor (as to Qualified Claimants only and as all such

2    terms are defined in the Settlement Agreement).

3            6.      In accordance with the Settlement Agreement (including but not limited

4    to Section 10.2), the Claims Administrator shall pay all Settlement Benefits to

5    Qualified Claimants, as well as the Enhancement Awards, Costs and Attorneys' Fees

6    ordered in this Court's February 25, 2014 Order.

7            7.      In accordance with the terms of the Settlement, the Claims Administrator

8    shall make the PAGA Payment to the LWDA.

9            8.      In accordance with the terms of the Settlement, the Claims Administrator

10   shall be authorized to make payment to itself for the reasonable costs and expenses of

11   past and ongoing claims administration in an amount not to exceed $50,000.

12           9.      In accordance with the terms of the Settlement, Defendants shall make all

13   payments to the Claims Administrator as set forth in Section 10.1 of the Settlement

14   Agreement (and consistent with this Court's February 25, 2014 Order).

15           10.     Upon and as of the Effective Date and in accordance with the terms of

16   the Settlement, Defendant SSLLC shall be enjoined from classifying live or product

17   demonstrators in California in the future, if any, as independent contractors.

18           11.     Subject the foregoing, this consolidated Action (as defined in the

19   Settlement Agreement) shall be and hereby is **DISMISSED WITH PREJUDICE**.

20   However, this Court shall retain continuing jurisdiction solely for purposes of

21   enforcing the Settlement Agreement and this Judgment.

22           **IT IS HEREBY SO ORDERED AND JUDGMENT SHALL BE, AND**

23   **HEREBY IS, ENTERED FORTHWITH.**

24

25   Dated:  March 17, 2014           ___ _____

26                                    Honorable R. Gary Klausner
                                      United States District Court Judge

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

**JUDGMENT**                         3.